UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(New Albany Division)

| | |
|---|---|
| FRANK D. TAYLOR )<br>)<br>And )<br>)<br>CYNTHIA E. TAYLOR )<br>)<br>*Plaintiffs,* )<br>)<br>-*vs*- )<br>)<br>JOYFUL GARRINGER )<br>)<br>And )<br>)<br>KENTUCKY FARM BUREAU )<br>MUTUAL INSURANCE COMPANY )<br>)<br>*Defendants.* ) | Case No. 4:21-cv-00050-SEB-DML<br><br>JURY DEMAND<br><br>(*Electronically filed*) |

ORDER DISMISSING WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(2)

This matter having come before the Court upon motion of the Plaintiffs, Frank D. Taylor and Cynthia E. Taylor, by counsel, to dismiss this action without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2) and the Court being sufficient advised,

IT IS HEREBY ORDERED as follows:

1. This matter is hereby dismissed WITHOUT PREJUDICE, pursuant to Fed. R. Civ. Pro. 41(a)(2).

2. Each party shall bear its own costs.

Date: 5/21/2021

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Tendered by:

/s/ Joshua D. Hershberger, Esq.
*(by Brian Schuette with permission)*
**HERSHBERGER LAW OFFICE**
P.O. Box 233
Hanover, IN 47243
(812) 493-9096
josh@hlo.legal
*Co-Counsel for Plaintiffs*

And

/s/ Brian Schuette, Esq.
Schuette Law Group
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Co-Counsel for Plaintiffs*


Service of this Order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.